Michael W. McTigue Jr. (*pro hac vice*)
mmctigue@cozen.com
Meredith C. Slawe (*pro hac vice*)
mslawe@cozen.com
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215.665.2000
Facsimile: 215.665.2013

Frank Gooch III (SBN 70996)
fgooch@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 310.393.4000
Facsimile: 310.394.4700

*Attorneys for Defendants AT&T Corp. and DIRECTV, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARAM ADZHIKOSYAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., a New York corporation, DIRECTV, LLC, a California limited liability company, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-05997-ODW-MRW<br><br>Honorable Otis D. Wright II<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Defendants AT&T Corp. and DIRECTV, LLC ("Defendants") appeal, pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(A), to the United States Court of Appeals for the Ninth Circuit from this Court's December 17, 2021 Order denying Defendants' Motion to Compel Arbitration and Stay Litigation (Dkt. No. 36).

In accordance with Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Defendants' Representation Statement is attached to this Notice.

Dated: January 14, 2022

By: */s/ Michael W. McTigue Jr.*
Michael W. McTigue Jr. (*pro hac vice*)
Meredith C. Slawe (*pro hac vice*)
Frank Gooch III (SBN 70996)

*Attorneys for Defendants AT&T Corp. and DIRECTV, LLC*

# REPRESENTATION STATEMENT

The following table identifies all parties to the action and their respective counsel:

| Party | Counsel |
|---|---|
| Plaintiff Aram Adzhikosyan | Mark D. Potter (SBN 166317)<br>James M. Treglio (SBN 228077)<br>POTTER HANDY LLP<br>8033 Linda Vista Road, Suite 200<br>San Diego, CA 92111<br>Telephone: 858.375.7385<br>Facsimile: 888.422.5191 |
| Defendants AT&T Corp. and DIRECTV, LLC | Michael W. McTigue Jr. (*pro hac vice*)<br>Meredith C. Slawe (*pro hac vice*)<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: 215.665.2000<br>Facsimile: 215.665.2013<br><br>Frank Gooch III (SBN 70996)<br>COZEN O'CONNOR<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA 90401<br>Telephone: 310.393.4000<br>Facsimile: 310.394.4700 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on January 14, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule 5-3.2.

                                         */s/ Michael W. McTigue Jr.*
                                         Michael W. McTigue Jr.