O

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARAM ADZHIKOSYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP., a New York corporation, DIRECTV, LLC, a California limited liability company, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-05997-ODW-MRW<br><br>Honorable Otis D. Wright II<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR A STAY PENDING APPEAL [40]** |

Upon consideration of Defendants' Unopposed Motion for a Stay Pending Appeal ("Motion"), the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15. The hearing on February 14, 2022, at 1:30 p.m. is **VACATED**.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED** (ECF No. 40);

2. All proceedings in this action are hereby **STAYED** until the United States Court of Appeals for the Ninth Circuit has ruled upon Defendants AT&T Corp. and DIRECTV, LLC's ("Defendants") appeal from this Court's December 17, 2021 Order

denying Defendants' Motion to Compel Arbitration (ECF No. 36) and the mandate has issued; and

      3.      The parties are **ORDERED** to submit joint status reports every 120 days, beginning 120 days after the date of this order.

**IT IS SO ORDERED.**

Dated: February 8, 2022

                                            Hon. Otis D. Wright II
United States District Judge