JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ARAM ADZHIKOSYAN, | Case № 2:21-cv-05997-ODW (MRW) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| AT&T CORP. ET AL., | |
| Defendants. | |

The Court, having considered the parties' Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 1, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**